# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKYLIGHTS, LLC,<br>　　　　　Plaintiff(s),<br>vs.<br>OCWEN LOAN SERVICING, LLC, et al.,<br>　　　　　Defendant(s). | Case No. 2:16-cv-02008-RFB-NJK<br><br>ORDER |

　　　　This case has been removed from state court. *See* Docket No. 1. The parties shall file a discovery plan and proposed scheduling order by September 2, 2016. Because this action proceeded for some time in state court, the discovery plan shall also identify the discovery already conducted to date and shall explain the discovery that remains to be conducted.

　　　　IT IS SO ORDERED.

　　　　DATED: August 25, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge