UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SKYLIGHTS, LLC, | ) | Case No. 2:16-cv-02008-RFB-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 6) |
| OCWEN LOAN SERVICING, LLC, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is a proposed discovery plan in which Defendants seek a stay in light of the Ninth Circuit's decision in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, __ F.3d ___, 2016 WL 4254983 (9th Cir. Aug. 12, 2016).  Docket No. 6.  Because this request is made through a discovery plan, the parties' positions are not fully developed.  *See id.* at 2-3.  The discovery plan is hereby **DENIED** without prejudice.  Defendants shall file a motion to stay by September 13, 2016.  Discovery shall be stayed pending the outcome of that motion to stay.  In the event the motion to stay is denied, a renewed discovery plan shall be filed within seven days of the resolution of that motion.

IT IS SO ORDERED.

DATED: September 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge